HENRY L. DE CAUMONT et al., Appellants, *v.* TRUSTEES OF ROMAN CATHOLIC CHURCH OF ST. LOUIS et al., Respondents.

*de Caumont v. Trustees, R. C. Church of St. Louis*, 174 App. Div. 902, affirmed.

(Argued December 3, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 16, 1916, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action of ejectment. The complaint alleged that on and prior to January 1, 1829, one Louis LeCouteulx was the owner

of the premises in question; that on that date he and his wife executed and delivered to John DuBois, Roman Catholic bishop of New York, a conveyance of the premises, which is set forth in the complaint *in totidem verbis* and to which more particular reference will be made; that the conveyance conveyed merely a life estate to the said bishop; that Louis LcCouteulx died in 1840, leaving Pierre Alphonse LeCouteulx as residuary legatee under his will, the residuary estate including the reversion in the lands covered by said conveyance; that Bishop DuBois died in 1842 and that the plaintiffs are the sole heirs of Pierre .Alphonse LeCouteulx and, therefore, entitled to possession of the premises sought to be recovered. The answer admitted the execution of the conveyance alleged in the complaint, the death of Louis LeCouteulx in 1840 and of Bishop DuBois in 1842, the death of Pierre Alphonse LeCouteulx and defendants' possession of the premises. It denied that Bishop DuBois had only a life estate in the property, the ownership of the premises by Pierre Alphonse LeCouteulx at any time and the ownership of the premises by the plaintiffs and their right to possession. It further set up title by adverse possession.

*Edward C. Randall, Benjamin S. Dean* and *Donald Harper* for appellants.

*George Clinton, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and CRANE, JJ. Taking no part: CUDDE-BACK, J.